```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10697
    KELLY ANN JOINER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3822


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/15/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     9194.52            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      625.18            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1300.30            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      430.22            .00            .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER       98.03            .00            .00
SPRINT                    UNSEC W/INTER   NOT FILED            .00            .00
ALEXIAN BROTHER'S HOSPIT  UNSEC W/INTER     4353.62            .00            .00
THOMAS A KOLUDROVIC DDS   UNSEC W/INTER   NOT FILED            .00            .00
TRUSTMARK RECOVERY        UNSEC W/INTER   NOT FILED            .00            .00
MIDAMERICA CARDIOVASCULA  UNSEC W/INTER   NOT FILED            .00            .00
EHS CHRIST HOSPITAL & ME  UNSEC W/INTER   NOT FILED            .00            .00
RUSH UNIVERSITY MED       UNSEC W/INTER   NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  NOTICE ONLY     NOT FILED            .00            .00
ANDINA & IRABAGON         UNSEC W/INTER   NOT FILED            .00            .00
KHURSHEED AHMED MD        UNSEC W/INTER   NOT FILED            .00            .00
CITIFINANCIAL SERVICES    SECURED NOT I   11105.72             .00            .00
RICHARD A SNOW            NOTICE ONLY     NOT FILED            .00            .00
WARREN ROBINSON  MD       UNSEC W/INTER   NOT FILED            .00            .00
CERTEGY                   UNSEC W/INTER   NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER      592.46            .00            .00
RONALD B LORSCH           DEBTOR ATTY      3,274.00                       1,430.13
TOM VAUGHN                TRUSTEE                                           101.87
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,532.00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10697 KELLY ANN JOINER
```

```
PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,430.13
TRUSTEE COMPENSATION                                            101.87
DEBTOR REFUND                                                      .00
                                   ---------------    ---------------
TOTALS                                    1,532.00           1,532.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 02/27/08                /s/ Tom Vaughn
                                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE